IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| JIM BUSH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 12-6106-CV-SJ-DGK |
| AT&T CORP., | ) ) ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff's Surreply Brief in Opposition to Defendant's Motion to Compel Arbitration (Doc. 21). Plaintiff having failed to obtain leave of court to file a surreply brief, it is hereby

ORDERED that the surreply brief (Doc. 21) is stricken.

    /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Dated: November 15, 2012